

**WRITER'S ADDRESS:**
420 Lexington Avenue
Suite 2104
New York, NY 10170
D 212-818-0269
F 212-434-0105

**Sean H. Chung**
**Email: Chung@LitchfieldCavo.com**

January 21, 2026

**VIA ECF**
Honorable United States District Judge Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    Commisso v. Temirov, et al
>        Docket No.:    1:25-cv-10662-PAE
>        Our File No.:    6884-35

Dear Judge Engelmayer,

This office represents the Defendants in the above-referenced matter. Following a meet and confer with plaintiff's counsel, and on consent and on behalf of all parties, we respectfully request an adjournment of the Initial Conference from January 28, 2026 to February 25, 2026. The reason for this request is due to parties' engagement in early settlement discussions. If the case settles prior to February 25, 2026, we will promptly notify the Court. If there is no settlement, we will proceed with the Initial Conference as ordered.

Thank you for Your Honor's consideration.

Respectfully yours,

Sean H. Chung

SHC

CC: All Counsel (Via ECF)

Atlanta | Boston area | Chicago | Dallas-Fort Worth | Fort Lauderdale | Hartford area | Houston | Indiana
Kansas City | Las Vegas | Los Angeles area | Louisiana | Milwaukee | New Jersey | New York | Philadelphia
Phoenix | Pittsburgh | Providence | Salt Lake City | St. Louis | Tampa | West Virginia

www.LitchfieldCavo.com

GRANTED.

The telephonic initial conference is adjourned to February 25, 2026 at 10 a.m.  The Court accordingly extends the deadline for the parties to submit a case management plan and joint letter, *see* Dkt. 5 at 2–3, to February 18, 2026.

However, the Court notes that counsel for the removing defendants has not complied with the Court's December 30, 2025 order to file certain removal-related information on the docket of this case by January 14, 2026.  *See id.* at 1.  The Court *sua sponte* extends the deadline to submit such information to January 26, 2026.  No further extensions will be granted.

SO ORDERED.

Date:  January 21, 2026
         New York, New York

PAUL A. ENGELMAYER
United States District Judge